FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 13-01440 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | Date Filed (f) or Converted (c): | 01/15/2013 (f) |
| For the Period Ending: | 03/31/2014 | §341(a) Meeting Date: | 03/11/2013 |
| | | Claims Bar Date: | 12/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  6 Northshore accounts, 1 Charter One and 1 Bank Financial account (business) | $670.74 | $670.74 | | $0.00 | FA |
| Asset Notes: Demand letters sent to all banks, in file. Accounts were debited, post filing. | | | | | |
| 2  stock, 100%, in Comprehensive Integrated Home Health Care Agency Inc., filed ch 7 13-01445 | $0.00 | $0.00 | | $0.00 | FA |
| 3  medical account receivables, less than 2 years old, small amounts | $38,013.11 | $38,013.11 | | $507.30 | $37,505.81 |
| Asset Notes: there are an additional $426,658.03 of receivables, small amounts, between 2 and 10 years old. Considered uncollectable | | | | | |
| 4  Patients' medical records | Unknown | Unknown | OA | $0.00 | FA |
| Asset Notes: consider need for medical ombudsman. | | | | | |
| 5  Debtor purchased a 2008 BMW for an employee | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Employee repaid debtor in December of 2012 and debtor transferred the title to him. | | | | | |
| 6  office equipment, furnishings and suppplies, see Rider to Schedule B 28 Durable medical equipment, disposable medical equipment | Unknown | Unknown | OA | $0.00 | FA |
| 7  medical machinery, fixtures, equipment and supplies, see Rider to schedule B-29 and 30 | Unknown | Unknown | OA | $0.00 | FA |
| 8  medical inventory used in business, see riders B29 and 30 | Unknown | Unknown | OA | $0.00 | FA |
| 9  expired written lease at 1100 Sherman, Naperville | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: between debtor and Jennifer Eisenstein, no value no secured debt | | | | | |
| 10  oral lease at 1100 Sherman, Napervile | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: debtor subleased space. no value, no secured debt | | | | | |
| TOTALS (Excluding unknown value) | $38,683.85 | $38,683.85 | | $507.30 | Gross Value of Remaining Asset $37,505.81 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-01440 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | Date Filed (f) or Converted (c): | 01/15/2013 (f) |
| For the Period Ending: | 03/31/2014 | §341(a) Meeting Date: | 03/11/2013 |
| | | Claims Bar Date: | 12/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

02/13/2013    Assets consist of $38,000 of 2 year old receivables, $426,000, of receivables up to 8 years old (considered uncollectable and office and medical equipment. Have it inspected, to determine value. 2.13.13

I inspected 3 10x12 storage spaces at 6505 W. Oakton Morton Grove IL, numbers 1265, 85% medical charts, 1271, outdated office funriture and 1276, file cabinets and office furntiture. Rented 4.10.13@ $160.00, per space per month, or $1440.00  In my view it would cost more to move, store, stage and sell this materia than it is worth.

03/02/2013    Motion to procedurally consolidate all 5 Eisenstein, related case. Spoke to attorney and this is the only one that has value.  No objection.

c341 held 5.9.13 creditors' counsel advised to file 2004 requests if they believe there are assets in cases other than lead case 13-01440, because otherwise those case should be no asseted. 5.11.13

Set up visit to storage space and mail demand letters for several small bank accounts. 6.13.13

it would cost more to collect, stage and sell ccontents of 3 storage locker than contents (records, antiquated medical equipment and office furniture that contents worth.  Debtor to file motion to abandon.

Hire Richard Kundrata to collect old, small medical a/r's.

new offer as of 8.15.13

C 341, 6.20.13. and  8.19.13

Motion to modify set 9.19.13 to go forward with personal injury case.

10/18/2013    Evaluate collectability of many small, old medical receivables.  Consider appointing RDK.  10.18.13

Demand letters sent to  Charter One, Bank Financial and North Shore Banks 10.28.13

8 claims filed and downloaded. 12.30.13

Claim 7 filed as secured, listing office equipment as collateral. 2.17.14

E-mailed debtor's attorney for contact info medical a/r 411.14.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** 13-01440 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | **Date Filed (f) or Converted (c):** | 01/15/2013 (f) |
| **For the Period Ending:** 03/31/2014 | **§341(a) Meeting Date:** | 03/11/2013 |
| | **Claims Bar Date:** | 12/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/30/2014     **Current Projected Date Of Final Report (TFR):** 12/30/2014

/s/ HORACE FOX, JR.
_____
HORACE FOX, JR.

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 13-01440 | |
| **Case Name:** | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | |
| **Primary Taxpayer ID #:** | **-***5765 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 04/01/2013 | |
| **For Period Ending:** | 03/31/2014 | |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4001 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $205.10 | | $205.10 |
| 02/28/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $346.00 | | $551.10 |
| 02/28/2013 | (3) | ACS Benifit Services, Inc. | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $116.67 | | $667.77 |
| 02/28/2013 | (3) | CoreSource | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $76.56 | | $744.33 |
| 02/28/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $290.00 | | $1,034.33 |
| 02/28/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $345.00 | | $1,379.33 |
| 02/28/2013 | (3) | Global Imaging, Inc. | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $246.21 | | $1,625.54 |
| 02/28/2013 | (3) | Reliance Steel & Aluminum Co. | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $14.87 | | $1,640.41 |
| 02/28/2013 | (3) | P.I. | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $14.87 | | $1,655.28 |
| 02/28/2013 | (3) | Multiple | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $101.00 | | $1,756.28 |
| 02/28/2013 | (3) | Lockheed Martin Corporation | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $107.89 | | $1,864.17 |
| 02/28/2013 | (3) | Health Care Service Corp. | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $2.57 | | $1,866.74 |
| 03/14/2013 | (3) | United States Treasury | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $27.35 | | $1,894.09 |
| 03/14/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $280.70 | | $2,174.79 |

**SUBTOTALS** $2,174.79 $0.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 13-01440 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5765 | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/31/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/14/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $115.00 | | $2,289.79 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.83 | $2,286.96 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.57 | $2,283.39 |
| 05/10/2013 | (3) | United Health Insurance Company | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $97.15 | | $2,380.54 |
| 05/10/2013 | (3) | United Health Insurance Company | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $171.58 | | $2,552.12 |
| 05/10/2013 | (3) | United States Treasury | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $238.57 | | $2,790.69 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.47 | $2,786.22 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.06 | $2,782.16 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.48 | $2,777.68 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.77 | $2,772.91 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.04 | $2,768.87 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.46 | $2,764.41 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.46 | $2,759.95 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.31 | $2,755.64 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.73 | $2,750.91 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.00 | $2,746.91 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.14 | $2,742.77 |

SUBTOTALS $622.30 $54.32

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| | |  | |
|---|---|---|---|
| Case No. | 13-01440 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5765 | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/31/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | |
|---|---|---|---|---|
| | | TOTALS: | $2,797.09 | $54.32 | $2,742.77 |
| | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | Subtotal | $2,797.09 | $54.32 | |
| | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | Net | $2,797.09 | $54.32 | |

| **For the period of 04/01/2013 to 03/31/2014** | | **For the entire history of the account between 02/28/2013 to 3/31/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $507.30 | Total Compensable Receipts: | $2,797.09 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $507.30 | Total Comp/Non Comp Receipts: | $2,797.09 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $51.49 | Total Compensable Disbursements: | $54.32 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $51.49 | Total Comp/Non Comp Disbursements: | $54.32 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 13-01440 Doc 77 Filed 04/24/14 Entered 04/24/14 13:36:40 Desc Page 7 of 7

FORM 2

Page No: 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 13-01440 | |
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | |
| Primary Taxpayer ID #: | **-***5765 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 04/01/2013 | |
| For Period Ending: | 03/31/2014 | |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | Green Bank |
| Checking Acct #: | ******4001 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,797.09 | $54.32 | $2,742.77 |

| For the period of 04/01/2013 to 03/31/2014 | | For the entire history of the account between 02/28/2013 to 3/31/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $507.30 | Total Compensable Receipts: | $2,797.09 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $507.30 | Total Comp/Non Comp Receipts: | $2,797.09 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $51.49 | Total Compensable Disbursements: | $54.32 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $51.49 | Total Comp/Non Comp Disbursements: | $54.32 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.