**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                         § Case No. 13-01440
                                               §
COMPREHENSIVE INTEGRATED                       §
MEDICINE M.D. S.C.                             §
                                               §
                                               §
        Debtor                                 §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/15/2013. The undersigned trustee was appointed on 01/15/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                      $2,797.09

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $6.39 |
    | Bank service fees | $173.26 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $2,617.44 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/19/2013 and the deadline for filing government claims was 07/15/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $699.27. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $522.74, for a total compensation of $522.74[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/24/2016                By:  /s/ Horace Fox, Jr.
                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Exhibit A

**ASSET CASES**

| Case No.: | 13-01440 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | Date Filed (f) or Converted (c): | 01/15/2013 (f) |
| For the Period Ending: | 9/24/2016 | §341(a) Meeting Date: | 03/11/2013 |
| | | Claims Bar Date: | 12/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 6 Northshore accounts, 1 Charter One and 1 Bank Financial account (business) | $670.74 | $670.74 | | $0.00 | FA |
| **Asset Notes:** | Demand letters sent to all banks, in file. Accounts were debited, post filing. No value to estate. | | | | | |
| 2 | stock, 100%, in Comprehensive Integrated Home Health Care Agency Inc., filed ch 7 13-01445 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Entity filed chapter 7, no value to estate. | | | | | |
| 3 | medical account receivables, less than 2 years old, small amounts | $38,013.11 | $38,013.11 | | $2,797.09 | FA |
| **Asset Notes:** | there are an additional $426,658.03 of receivables, small amounts, between 2 and 10 years old. Considered uncollectable. Demand letters sent (1.24.2015) for amounts 500.00 or more, no dollars paid for various reasons including (paid, claim not filed etc). | | | | | |
| 4 | Patients' medical records | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | consider need for medical ombudsman. | | | | | |
| 5 | Debtor purchased a 2008 BMW for an employee | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Employee repaid debtor in December of 2012 and debtor transferred the title to him. No value to estate. | | | | | |
| 6 | office equipment, furnishings and suppplies, see Rider to Schedule B 28 Durable medical equipment, disposable medical equipment | Unknown | $0.00 | OA | $0.00 | FA |
| 7 | medical machinery, fixtures, equipment and supplies, see Rider to schedule B-29 and 30 | Unknown | $0.00 | OA | $0.00 | FA |
| 8 | medical inventory used in business, see riders B29 and 30 | Unknown | $0.00 | OA | $0.00 | FA |
| 9 | expired written lease at 1100 Sherman, Naperville | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | between debtor and Jennifer Eisenstein, no value, no secured debt. | | | | | |
| 10 | oral lease at 1100 Sherman, Napervile | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | debtor subleased space. no value, no secured debt | | | | | |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$38,683.85    $38,683.85    $2,797.09    $0.00

**Major Activities affecting case closing:**

Corrections needed de Medici fee app requested 9.12.16

4.27.16 filed forms 1 and 2.

Claim objection #7 set 3.1.16

12.22.15, motion to abandon collateral of US Bank claim.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 13-01440 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | Date Filed (f) or Converted (c): | 01/15/2013 (f) |
| For the Period Ending: | 9/24/2016 | §341(a) Meeting Date: | 03/11/2013 |
| | | Claims Bar Date: | 12/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Read draft of secured claim objection.

E-mail reminder to Mr. de 'Medici to file claim objection to secured claim.

No positive response to demand letters from 1.23.15.  Responses have run the gamut from, debt paid to, claim not filed in timely fashion to claim not in system.

No funds have been received as a result of the demand letters to insurance companies.

Mr. de 'Medici hired and motion to compel withdrawn and demand letters sent.

Withdraw motion for turnover, ar detail buried in 190 page attachment, demand letters out 1.13.15, for amounts above $500.00.

Informed that, Dr. Eisenstein recently died.  There is no insurance benefit scheduled in this corporate case.  Neither was there an insurance benefit scheduled in the closed individual case.

Motion to compel production of a/r information mailed  and filed 1.8.15.

Compel production of a/r contact information.

Need motion to compel turnover of contact information for a/r's.  Debtor is no longer represented by Mr. Rose and does not respond to his requests for information re a/r's. 9.8.14

Evaluate collectability of many small, old medical receivables.  Consider appointing RDK.  10.18.13

Demand letters sent to  Charter One, Bank Financial and North Shore Banks 10.28.13

8 claims filed and downloaded. 12.30.13

Claim 7 filed as secured, listing office equipment as collateral. 2.17.14

E-mailed debtor's attorney for contact info medical a/r 4.11.14.

File motion for turn over of contact info for a/r, informal requests not successful . 6.28.14

Motion to procedurally consolidate all 5 Eisenstein, related case.  Spoke to attorney and this is the only one that has value.  No objection.

c341 held 5.9.13 creditors' counsel advised to file 2004 requests if they believe there are assets in cases other than lead case 13-01440, because otherwise those case should be no asseted. 5.11.13

Set up visit to storage space and mail demand letters for several small bank accounts. 6.13.13

it would cost more to collect, stage and sell ccontents of 3 storage locker than contents (records, antiquated medical equipment and office furniture that contents worth.  Debtor to file motion to abandon.

Hire Richard Kundrata to collect old, small medical a/r's.

new offer as of 8.15.13

C 341, 6.20.13. and  8.19.13

Motion to modify set 9.19.13 to go forward with personal injury case.

Assets consist of $38,000 of 2 year old receivables, $426,000, of receivables up to 8 years old (considered uncollectable and office and medical equipment.  Have it inspected, to determine value. 2.13.13

I inspected 3 10x12 storage spaces at 6505 W. Oakton Morton Grove IL, numbers 1265, 85% medical charts, 1271, outdated office funriture and 1276, file cabinets and office furntiture.  Rented 4.10.13@ $160.00, per space per month, or $1440.00  In my view it would cost more to move, store, stage and sell this materia than it is worth.

**FORM 1** Page No: 3

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No.: | 13-01440 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | Date Filed (f) or Converted (c): | 01/15/2013 (f) |
| For the Period Ending: | 9/24/2016 | §341(a) Meeting Date: | 03/11/2013 |
| | | Claims Bar Date: | 12/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | |
|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/30/2014 |
| Current Projected Date Of Final Report (TFR): | 09/01/2016 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01440 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5765 | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/15/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $205.10 | | $205.10 |
| 02/28/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $346.00 | | $551.10 |
| 02/28/2013 | (3) | ACS Benifit Services, Inc. | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $116.67 | | $667.77 |
| 02/28/2013 | (3) | CoreSource | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $76.56 | | $744.33 |
| 02/28/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $290.00 | | $1,034.33 |
| 02/28/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $345.00 | | $1,379.33 |
| 02/28/2013 | (3) | Global Imaging, Inc. | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $246.21 | | $1,625.54 |
| 02/28/2013 | (3) | Reliance Steel & Aluminum Co. | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $14.87 | | $1,640.41 |
| 02/28/2013 | (3) | P.I. | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $14.87 | | $1,655.28 |
| 02/28/2013 | (3) | Multiple | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $101.00 | | $1,756.28 |
| 02/28/2013 | (3) | Lockheed Martin Corporation | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $107.89 | | $1,864.17 |
| 02/28/2013 | (3) | Health Care Service Corp. | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $2.57 | | $1,866.74 |
| 03/14/2013 | (3) | United States Treasury | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $27.35 | | $1,894.09 |
| 03/14/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $280.70 | | $2,174.79 |
| 03/14/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $115.00 | | $2,289.79 |

**SUBTOTALS**　　$2,289.79　　$0.00

FORM 2

Page No: 2     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01440 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5765 | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/15/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.83 | $2,286.96 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.57 | $2,283.39 |
| 05/10/2013 | (3) | United Health Insurance Company | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $97.15 | | $2,380.54 |
| 05/10/2013 | (3) | United Health Insurance Company | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $171.58 | | $2,552.12 |
| 05/10/2013 | (3) | United States Treasury | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $238.57 | | $2,790.69 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.47 | $2,786.22 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.06 | $2,782.16 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.48 | $2,777.68 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.77 | $2,772.91 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.04 | $2,768.87 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.46 | $2,764.41 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.46 | $2,759.95 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.31 | $2,755.64 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.73 | $2,750.91 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.00 | $2,746.91 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.14 | $2,742.77 |
| 04/01/2014 | 5001 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $2.33 | $2,740.44 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.28 | $2,736.16 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.55 | $2,731.61 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.12 | $2,727.49 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.40 | $2,723.09 |
| 08/04/2014 | (3) | Global Health Enterprises, LLC. | This check was incorrectly deposited into the incorrect case and account. The correct case is Chicago Management Group Inc. | 1121-000 | $5,300.00 | | $8,023.09 |

                                                  **SUBTOTALS**     $5,807.30     $74.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01440 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5765 | | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/15/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/05/2014 | (3) | DEP REVERSE: Global Health Enterprises, LLC. | This check was incorrectly deposited into the incorrect case and account. The correct case is Chicago Management Group Inc. | 1121-000 | ($5,300.00) | | $2,723.09 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.53 | $2,718.56 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.10 | $2,714.46 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.66 | $2,709.80 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.94 | $2,705.86 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.36 | $2,701.50 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.50 | $2,697.00 |
| 02/26/2015 | 5002 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $2.14 | $2,694.86 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.93 | $2,690.93 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.20 | $2,686.73 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.19 | $2,682.54 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.32 | $2,678.22 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.18 | $2,674.04 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.59 | $2,669.45 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.02 | $2,665.43 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.16 | $2,661.27 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.43 | $2,656.84 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.01 | $2,652.83 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.28 | $2,648.55 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.27 | $2,644.28 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.99 | $2,640.29 |
| 03/04/2016 | 5003 | Arthur B. Levine Company | bond payment 2016 | 2300-000 | | $1.92 | $2,638.37 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.25 | $2,634.12 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.25 | $2,629.87 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.10 | $2,625.77 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.10 | $2,621.67 |
| | | | **SUBTOTALS** | | ($5,300.00) | $101.42 | |

**FORM 2**    Page No: 4    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-01440 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***5765 | **Checking Acct #:** ******4001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 1/15/2013 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 9/24/2016 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.23 | $2,617.44 |
| | | | **TOTALS:** | | $2,797.09 | $179.65 | $2,617.44 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,797.09 | $179.65 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,797.09 | $179.65 | |

**For the period of 1/15/2013 to 9/24/2016**

| | |
|---|---|
| Total Compensable Receipts: | $2,797.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,797.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $179.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $179.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/28/2013 to 9/24/2016**

| | |
|---|---|
| Total Compensable Receipts: | $2,797.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,797.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $179.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $179.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5  Exhibit B

| Case No. | 13-01440 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5765 | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/15/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/24/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $2,797.09 | $179.65 | $2,617.44 |

| For the period of 1/15/2013 to 9/24/2016 | | For the entire history of the case between 01/15/2013 to 9/24/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,797.09 | Total Compensable Receipts: | $2,797.09 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,797.09 | Total Comp/Non Comp Receipts: | $2,797.09 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $179.65 | Total Compensable Disbursements: | $179.65 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $179.65 | Total Comp/Non Comp Disbursements: | $179.65 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT

Page No: 1     Exhibit C

| Case No.: | 13-01440 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | | | Date: | 9/24/2016 |
| Claims Bar Date: | 12/19/2013 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR. 6 East Monroe Suite 1004 Chicago IL 60603 | 08/12/2016 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $699.27 | $699.27 | $0.00 | $0.00 | $0.00 | $699.27 |
| | LOIS WEST, POPOWCER KATTEN, LTD 35 E. Wacker, #1550 Chicago IL 60601-2207 | 08/03/2015 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $1,402.50 | $1,402.05 | $0.00 | $0.00 | $0.00 | $1,402.05 |
| | BRUCE DE 'MEDICI 834 Forest Avenue Oak Park IL 60302 | 05/22/2015 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $4,462.50 | $1,400.00 | $0.00 | $0.00 | $0.00 | $1,400.00 |
| 1 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section PO Box 64338 Chicago IL 60664-0338 | 03/15/2013 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $3,221.83 | $3,221.83 | $0.00 | $0.00 | $0.00 | $3,221.83 |
| 2 | DEPARTMENT OF THE TREASURY Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | 03/18/2013 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $7,416.03 | $7,416.03 | $0.00 | $0.00 | $0.00 | $7,416.03 |
| 1a | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section PO Box 64338 Chicago IL 60664-0338 | 03/15/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $383.88 | $383.88 | $0.00 | $0.00 | $0.00 | $383.88 |

| Case No.: | 13-01440 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | | | | | | | Date: | 9/24/2016 |
| Claims Bar Date: | 12/19/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | ARNSTEIN & LEHR ATTORNEYS<br>120 South Riverside Plaza Suite 1200<br>Chicago IL 60606 | 05/13/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,604.80 | $12,604.80 | $0.00 | $0.00 | $0.00 | $12,604.80 |
| **Claim Notes:** | (4-1) Claim for legal services rendered | | | | | | | | | | | |
| 5 | STEPHEN TREMPER, ESTATE OF DYLAN TREMPER<br>c/o Terrence M Quinn<br>Phillips Law Offices<br>161 North Clark Street Suite 4925<br>Chicago IL 60601 | 05/15/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $79,514.50 | $79,514.50 | $0.00 | $0.00 | $0.00 | $79,514.50 |
| 6 | S & F NO. 2, INC.<br>Att: John M. Galich, Esq.<br>1010 Jorie Boulevard, Suite 370<br>Oak Brook IL 60523 | 06/05/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $67,065.93 | $67,065.93 | $0.00 | $0.00 | $0.00 | $67,065.93 |
| 7 | US BANK NA DBA US BANK EQUIPMENT FINANCE<br>1310 Madrid Street<br>Marshall MN 56258 | 06/07/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | 12.22.15 motion to abandon collateral of US Bank. All beneficial, equitable or legal interests of the trustee and the bankruptcy estate are abandoned. | | | | | | | | | | | |
| 7a | US BANK NA DBA US BANK EQUIPMENT FINANCE<br>1310 Madrid Street<br>Marshall MN 56258 | 06/07/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $48,503.59 | $48,503.59 | $0.00 | $0.00 | $0.00 | $48,503.59 |
| 8 | JEFFREY AND HAYLEY HAUGLAND<br>of the Est. of Hayley Haugland Jeffrey Haugland Indiv James P Wognum<br>122 S. Michigan Ave Suite 1290<br>Chicago IL 60603 | 09/10/2013 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $149,118.00 | $149,118.00 | $0.00 | $0.00 | $0.00 | $149,118.00 |

CLAIM ANALYSIS REPORT

| Case No. | 13-01440 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | | | Date: | 9/24/2016 |
| Claims Bar Date: | 12/19/2013 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $378,392.83 | $371,329.88 | $0.00 | $0.00 | | $0.00 | $371,329.88 |

| **Case No.** | 13-01440 | **Trustee Name:** | Horace Fox, Jr. |
| --- | --- | --- | --- |
| **Case Name:** | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | **Date:** | 9/24/2016 |
| **Claims Bar Date:** | 12/19/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Accountant for Trustee Fees (Other Firm) | $1,402.50 | $1,402.05 | $0.00 | $0.00 | $0.00 | $1,402.05 |
| Attorney for Trustee Fees (Other Firm) | $4,462.50 | $1,400.00 | $0.00 | $0.00 | $0.00 | $1,400.00 |
| Claims of Governmental Units - 507( | $10,637.86 | $10,637.86 | $0.00 | $0.00 | $0.00 | $10,637.86 |
| General Unsecured 726(a)(2) | $212,072.70 | $208,072.70 | $0.00 | $0.00 | $0.00 | $208,072.70 |
| Tardy General Unsecured 726(a)(3) | $149,118.00 | $149,118.00 | $0.00 | $0.00 | $0.00 | $149,118.00 |
| Trustee Compensation | $699.27 | $699.27 | $0.00 | $0.00 | $0.00 | $699.27 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 13-01440
Case Name: COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C.
Trustee Name: Horace Fox, Jr.

Balance on hand: $2,617.44

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,617.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $699.27 | $0.00 | $522.74 |
| Bruce de 'Medici, Attorney for Trustee Fees | $1,400.00 | $0.00 | $1,046.59 |
| Lois West, Popowcer Katten, LTD, Accountant for Trustee Fees | $1,402.05 | $0.00 | $1,048.11 |

Total to be paid for chapter 7 administrative expenses: $2,617.44
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,637.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | | | |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 1 | Illinois Department of Revenue | $3,221.83 | $0.00 | $0.00 |
| 2 | Department of the Treasury | $7,416.03 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $208,072.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1a | Illinois Department of Revenue | $383.88 | $0.00 | $0.00 |
| 4 | Arnstein & Lehr Attorneys | $12,604.80 | $0.00 | $0.00 |
| 5 | Stephen Tremper, Estate of Dylan Tremper | $79,514.50 | $0.00 | $0.00 |
| 6 | S & F NO. 2, INC. | $67,065.93 | $0.00 | $0.00 |
| 7 | US Bank NA dba US Bank Equipment Finance | $0.00 | $0.00 | $0.00 |
| 7a | US Bank NA dba US Bank Equipment Finance | $48,503.59 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $149,118.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 8 | Jeffrey and Hayley Haugland | $149,118.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**