# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-01440 |
| | § | |
| COMPREHENSIVE INTEGRATED | § | |
| MEDICINE M.D. S.C. | § | |
| | § | |
| Debtor(s) | § | |

## AMENDED
## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30a.m.on 11/03/2016, in Courtroom 619, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/20/2016          By:  /s/ Horace Fox, Jr.
                                        Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                           §   Case No. 13-01440
                                                 §
COMPREHENSIVE INTEGRATED                         §
MEDICINE M.D. S.C.                               §
                                                 §
               Debtor(s)                         §

**SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                                    $2,797.09
*and approved disbursements of*                                           $179.65
*leaving a balance on hand of[1]:*                                      $2,617.44

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:                                      $0.00
Remaining balance:                                                      $2,617.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Horace Fox, Jr., Trustee Fees | $699.27 | $0.00 | $522.74 |
| Bruce de 'Medici, Attorney for Trustee Fees | $1,400.00 | $0.00 | $1,046.59 |
| Lois West, Popowcer Katten, LTD, Accountant for Trustee Fees | $1,402.05 | $0.00 | $1,048.11 |

Total to be paid for chapter 7 administrative expenses:                 $2,617.44
Remaining balance:                                                          $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,637.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department of Revenue | $3,221.83 | $0.00 | $0.00 |
| 2 | Department of the Treasury | $7,416.03 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $208,072.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Illinois Department of Revenue | $383.88 | $0.00 | $0.00 |
| 4 | Arnstein & Lehr Attorneys | $12,604.80 | $0.00 | $0.00 |
| 5 | Stephen Tremper, Estate of Dylan Tremper | $79,514.50 | $0.00 | $0.00 |
| 6 | S & F NO. 2, INC. | $67,065.93 | $0.00 | $0.00 |
| 7 | US Bank NA dba US Bank Equipment Finance | $0.00 | $0.00 | $0.00 |
| 7a | US Bank NA dba US Bank Equipment Finance | $48,503.59 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $149,118.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 8 | Jeffrey and Hayley Haugland | $149,118.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:    $0.00
Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:    $0.00
Remaining balance:    $0.00

Prepared By:   /s/ Horace Fox, Jr.
                     Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                               Case No. 13-01440-JPC
Comprehensive Integrated Medicine M.D. S                                             Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez               Page 1 of 1                  Date Rcvd: Oct 24, 2016
                              Form ID: pdf006            Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2016.
db         +Comprehensive Integrated Medicine M.D. S.C.,    6648 N. Fairfield,   Chicago, IL 60645-4406
aty        +Bruce de'Medici,   17W703 Butterfield Road,   #G,   Oakbrook Terrace, IL 60181-4280
19917251   +Arnstein & Lehr Attorneys,   120 South Riverside Plaza,    Suite 1200,   Chicago, IL 60606-3941
20032213   +Jeffrey and Hayley Haugland,    of the Est. of Hayley Haugland,
             Jeffrey Haugland Indiv James P Wognum,   122 S. Michigan Ave Suite 1290,
             Chicago, IL 60603-6259
19917269   +S & F NO. 2, INC.,   Att: John M. Galich, Esq.,   1010 Jorie Boulevard, Suite 370,
             Oak Brook, IL 60523-4467
19917275   +Stephen Tremper, Estate of Dylan Tremper,   c/o Terrence M Quinn,    Phillips Law Offices,
             161 North Clark Street Suite 4925,   Chicago, IL 60601-3296
20582034   +US Bank NA dba US Bank Equipment Finance,   1310 Madrid Street,   Marshall, MN 56258-4099

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20332245   +E-mail/Text: legalcollections@comed.com Oct 25 2016 02:10:08    Commonwealth Edison,
             3 Lincoln Center,   Attn: Bankruptcy Department,   Oakbrook Terrace, IL 60181-4204
19917280    E-mail/Text: cio.bncmail@irs.gov Oct 25 2016 02:07:58    Department of the Treasury,
             Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
19917281    E-mail/Text: rev.bankruptcy@illinois.gov Oct 25 2016 02:08:50
             Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
              Alex Darcy    on behalf of Creditor    U.S. Bank National Association f/k/a U.S. Bancorp Equipment
               Finance adarcy@askounisdarcy.com
              Allison E. Kahrnoff    on behalf of Creditor    U.S. Bank National Association f/k/a U.S. Bancorp
               Equipment Finance akahrnoff@askounisdarcy.com
              Bruce E de'Medici    on behalf of Trustee Horace Fox, JR bdemedici@gmail.com
              Bruce E de'Medici    on behalf of Accountant Lois   West bdemedici@gmail.com
              Horace Fox, JR    on behalf of Accountant Lois   West foxhorace@aol.com,
               blehman@lehmanfox.com;hf@trustesolutions.net
              Horace Fox, JR    foxhorace@aol.com, blehman@lehmanfox.com;hf@trustesolutions.net
              James P Wognum    on behalf of Creditor Jeffrey   Haugland jpwognum@ameritech.net
              Jeffrey Snell    on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
              Joel H Shapiro    on behalf of Creditor Thomas   Krawchuk jshapiro@kksclaw.com
              Joel H Shapiro    on behalf of Creditor Phil   Krawchuk jshapiro@kksclaw.com
              Joel H Shapiro    on behalf of Creditor Crystal   Krawchuk jshapiro@kksclaw.com
              Mark J Rose    on behalf of Debtor 1    Comprehensive Integrated Medicine M.D. S.C.
               mjroseesq@aol.com
              Mark J Rose    on behalf of Debtor 1    Home Care Home Health Agency Inc mjroseesq@aol.com
              Mark J Rose    on behalf of Debtor 1    Mayer Eisenstein MD SC mjroseesq@aol.com
              Mark J Rose    on behalf of Debtor 1 Mayer   Eiseinstein, M.D. mjroseesq@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 16