**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-01440 |
| | § | |
| COMPREHENSIVE INTEGRATED | § | |
| MEDICINE M.D. S.C. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $670.74 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $2,797.09 | | |

3) Total gross receipts of $2,797.09 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,797.09 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $6,743.92 | $3,680.97 | $2,797.09 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $10,637.86 | $10,637.86 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $361,190.70 | $357,190.70 | $0.00 |
| **Total Disbursements** | $0.00 | $378,572.48 | $371,509.53 | $2,797.09 |

4). This case was originally filed under chapter 7 on 01/15/2013. The case was pending for 51 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/29/2017</u>     By:   /s/ Horace Fox, Jr.
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| medical account receivables, less than 2 years old, small amounts | 1121-000 | $2,797.09 |
| **TOTAL GROSS RECEIPTS** | | **$2,797.09** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $699.27 | $699.27 | $522.74 |
| Arthur B. Levine Company | 2300-000 | NA | $4.06 | $4.06 | $4.06 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $2.33 | $2.33 | $2.33 |
| Green Bank | 2600-000 | NA | $173.26 | $173.26 | $173.26 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $4,462.50 | $1,400.00 | $1,046.59 |
| Lois West, Popowcer Katten, LTD, Accountant for Trustee | 3410-000 | NA | $1,402.50 | $1,402.05 | $1,048.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,743.92 | $3,680.97 | $2,797.09 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Revenue | 5800-000 | $0.00 | $3,221.83 | $3,221.83 | $0.00 |
| 2 | Department of the | 5800-000 | $0.00 | $7,416.03 | $7,416.03 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

|  |  |  |  |  |
|---|---|---|---|---|
| Treasury |  |  |  |  |
| **TOTAL PRIORITY UNSECURED CLAIMS** | $0.00 | $10,637.86 | $10,637.86 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Illinois Department of Revenue | 7100-000 | $0.00 | $383.88 | $383.88 | $0.00 |
| 4 | Arnstein & Lehr Attorneys | 7100-000 | $0.00 | $12,604.80 | $12,604.80 | $0.00 |
| 5 | Stephen Tremper, Estate of Dylan Tremper | 7100-000 | $0.00 | $79,514.50 | $79,514.50 | $0.00 |
| 6 | S & F NO. 2, INC. | 7100-000 | $0.00 | $67,065.93 | $67,065.93 | $0.00 |
| 7 | US Bank NA dba US Bank Equipment Finance | 7100-000 | $0.00 | $4,000.00 | $0.00 | $0.00 |
| 7a | US Bank NA dba US Bank Equipment Finance | 7100-000 | $0.00 | $48,503.59 | $48,503.59 | $0.00 |
| 8 | Jeffrey and Hayley Haugland | 7200-000 | $0.00 | $149,118.00 | $149,118.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $0.00 | $361,190.70 | $357,190.70 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 13-01440   Doc 109   Filed 05/12/17   Entered 05/12/17 13:59:43   Desc Main
Document       Page 5 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1
Exhibit 8

| Case No.: | 13-01440 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | | Date Filed (f) or Converted (c): | 01/15/2013 (f) |
| For the Period Ending: | 4/29/2017 | | §341(a) Meeting Date: | 03/11/2013 |
| | | | Claims Bar Date: | 12/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 6 Northshore accounts, 1 Charter One and 1 Bank Financial account (business) | $670.74 | $670.74 | | $0.00 | FA |
| **Asset Notes:** | Demand letters sent to all banks, in file. Accounts were debited, post filing. No value to estate. | | | | | |
| 2 | stock, 100%, in Comprehensive Integrated Home Health Care Agency Inc., filed ch 7 13-01445 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Entity filed chapter 7, no value to estate. | | | | | |
| 3 | medical account receivables, less than 2 years old, small amounts | $38,013.11 | $38,013.11 | | $2,797.09 | FA |
| **Asset Notes:** | there are an additional $426,658.03 of receivables, small amounts, between 2 and 10 years old. Considered uncollectable. Demand letters sent (1.24.2015) for amounts 500.00 or more, no dollars paid for various reasons including (paid, claim not filed etc). | | | | | |
| 4 | Patients' medical records | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | consider need for medical ombudsman. | | | | | |
| 5 | Debtor purchased a 2008 BMW for an employee | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Employee repaid debtor in December of 2012 and debtor transferred the title to him. No value to estate. | | | | | |
| 6 | office equipment, furnishings and suppplies, see Rider to Schedule B 28 Durable medical equipment, disposable medical equipment | Unknown | $0.00 | OA | $0.00 | FA |
| 7 | medical machinery, fixtures, equipment and supplies, see Rider to schedule B-29 and 30 | Unknown | $0.00 | OA | $0.00 | FA |
| 8 | medical inventory used in business, see riders B29 and 30 | Unknown | $0.00 | OA | $0.00 | FA |
| 9 | expired written lease at 1100 Sherman, Naperville | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | between debtor and Jennifer Eisenstein, no value, no secured debt. | | | | | |
| 10 | oral lease at 1100 Sherman, Napervile | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | debtor subleased space. no value, no secured debt | | | | | |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets | |
| | $38,683.85 | $38,683.85 | | $2,797.09 | $0.00 |

**Major Activities affecting case closing:**
Final account to UST 1.12.2017
Cut checks on 11.5.16.
Corrected TFR and NFR, 9.24.16.
Corrections needed de Medici fee app requested 9.12.16

Case 13-01440   Doc 109   Filed 05/12/17   Entered 05/12/17 13:59:43   Desc Main
Document   Page 6 of 12

Page No: 2
FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES
Exhibit 8

| Case No.: | 13-01440 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | | Date Filed (f) or Converted (c): | 01/15/2013 (f) |
| For the Period Ending: | 4/29/2017 | | §341(a) Meeting Date: | 03/11/2013 |
| | | | Claims Bar Date: | 12/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

4.27.16 filed forms 1 and 2.

Claim objection #7 set 3.1.16

12.22.15, motion to abandon collateral of US Bank claim.

Read draft of secured claim objection.

E-mail reminder to Mr. de 'Medici to file claim objection to secured claim.

No positive response to demand letters from 1.23.15.  Responses have run the gamut from, debt paid to, claim not filed in timely fashion to claim not in system.

No funds have been received as a result of the demand letters to insurance companies.

Mr. de 'Medici hired and motion to compel withdrawn and demand letters sent.

Withdraw motion for turnover, ar detail buried in 190 page attachment, demand letters out 1.13.15, for amounts above $500.00.

Informed that, Dr. Eisenstein recently died.  There is no insurance benefit scheduled in this corporate case.  Neither was there an insurance benefit scheduled in the closed individual case.

Motion to compel production of a/r information mailed and filed 1.8.15.

Compel production of a/r contact information.

Need motion to compel turnover of contact information for a/r's.  Debtor is no longer represented by Mr. Rose and does not respond to his requests for information re a/r's. 9.8.14

Evaluate collectability of many small, old medical receivables.  Consider appointing RDK.  10.18.13

Demand letters sent to  Charter One, Bank Financial and North Shore Banks 10.28.13

8 claims filed and downloaded. 12.30.13

Claim 7 filed as secured, listing office equipment as collateral. 2.17.14

E-mailed debtor's attorney for contact info medical a/r 4.11.14.

File motion for turn over of contact info for a/r, informal requests not successful . 6.28.14

Motion to procedurally consolidate all 5 Eisenstein, related case.  Spoke to attorney and this is the only one that has value.  No objection.

c341 held 5.9.13 creditors' counsel advised to file 2004 requests if they believe there are assets in cases other than lead case 13-01440, because otherwise those case should be no asseted. 5.11.13

Set up visit to storage space and mail demand letters for several small bank accounts. 6.13.13

it would cost more to collect, stage and sell ccontents of 3 storage locker than contents (records, antiquated medical equipment and office furniture that contents worth.  Debtor to file motion to abandon.

Hire Richard Kundrata to collect old, small medical a/r's.

new offer as of 8.15.13

C 341, 6.20.13. and  8.19.13

Motion to modify set 9.19.13 to go forward with personal injury case.

**FORM 1**

Page No: 3

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-01440 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | Date Filed (f) or Converted (c): | 01/15/2013 (f) |
| | | §341(a) Meeting Date: | 03/11/2013 |
| For the Period Ending: | 4/29/2017 | Claims Bar Date: | 12/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Assets consist of $38,000 of 2 year old receivables, $426,000, of receivables up to 8 years old (considered uncollectable and office and medical equipment.  Have it inspected, to determine value. 2.13.13

I inspected 3 10x12 storage spaces at 6505 W. Oakton Morton Grove IL, numbers 1265, 85% medical charts, 1271, outdated office funriture and 1276, file cabinets and office furntiture.  Rented 4.10.13@ $160.00, per space per month, or $1440.00  In my view it would cost more to move, store, stage and sell this materia than it is worth.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/30/2014 | /s/ HORACE FOX, JR. |
| **Current Projected Date Of Final Report (TFR):** | 09/01/2016 | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01440 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5765 | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/15/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/29/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $205.10 | | $205.10 |
| 02/28/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $346.00 | | $551.10 |
| 02/28/2013 | (3) | ACS Benifit Services, Inc. | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $116.67 | | $667.77 |
| 02/28/2013 | (3) | CoreSource | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $76.56 | | $744.33 |
| 02/28/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $290.00 | | $1,034.33 |
| 02/28/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $345.00 | | $1,379.33 |
| 02/28/2013 | (3) | Global Imaging, Inc. | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $246.21 | | $1,625.54 |
| 02/28/2013 | (3) | Reliance Steel & Aluminum Co. | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $14.87 | | $1,640.41 |
| 02/28/2013 | (3) | P.I. | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $14.87 | | $1,655.28 |
| 02/28/2013 | (3) | Multiple | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $101.00 | | $1,756.28 |
| 02/28/2013 | (3) | Lockheed Martin Corporation | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $107.89 | | $1,864.17 |
| 02/28/2013 | (3) | Health Care Service Corp. | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $2.57 | | $1,866.74 |
| 03/14/2013 | (3) | United States Treasury | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $27.35 | | $1,894.09 |
| 03/14/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $280.70 | | $2,174.79 |
| 03/14/2013 | (3) | Blue Cross Blue Shield | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $115.00 | | $2,289.79 |

**SUBTOTALS** $2,289.79 $0.00

**FORM 2**
Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01440 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5765 | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/15/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/29/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.83 | $2,286.96 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.57 | $2,283.39 |
| 05/10/2013 | (3) | United Health Insurance Company | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $97.15 | | $2,380.54 |
| 05/10/2013 | (3) | United Health Insurance Company | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $171.58 | | $2,552.12 |
| 05/10/2013 | (3) | United States Treasury | Accounts recievables paid to Mayer Eisenstein M.D. Comprehensive Integrated Med MDSC | 1121-000 | $238.57 | | $2,790.69 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.47 | $2,786.22 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.06 | $2,782.16 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.48 | $2,777.68 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.77 | $2,772.91 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.04 | $2,768.87 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.46 | $2,764.41 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.46 | $2,759.95 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.31 | $2,755.64 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.73 | $2,750.91 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.00 | $2,746.91 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.14 | $2,742.77 |
| 04/01/2014 | 5001 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $2.33 | $2,740.44 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.28 | $2,736.16 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.55 | $2,731.61 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.12 | $2,727.49 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.40 | $2,723.09 |
| 08/04/2014 | (3) | Global Health Enterprises, LLC. | This check was incorrectly deposited into the incorrect case and account. The correct case is Chicago Management Group Inc. | 1121-000 | $5,300.00 | | $8,023.09 |

| | | | | SUBTOTALS | $5,807.30 | $74.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01440 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5765 | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/15/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/29/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/05/2014 | (3) | DEP REVERSE: Global Health Enterprises, LLC. | This check was incorrectly deposited into the incorrect case and account. The correct case is Chicago Management Group Inc. | 1121-000 | ($5,300.00) | | $2,723.09 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.53 | $2,718.56 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.10 | $2,714.46 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.66 | $2,709.80 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.94 | $2,705.86 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.36 | $2,701.50 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.50 | $2,697.00 |
| 02/26/2015 | 5002 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $2.14 | $2,694.86 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.93 | $2,690.93 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.20 | $2,686.73 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.19 | $2,682.54 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.32 | $2,678.22 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.18 | $2,674.04 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.59 | $2,669.45 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.02 | $2,665.43 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.16 | $2,661.27 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.43 | $2,656.84 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.01 | $2,652.83 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.28 | $2,648.55 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.27 | $2,644.28 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.99 | $2,640.29 |
| 03/04/2016 | 5003 | Arthur B. Levine Company | bond payment 2016 | 2300-000 | | $1.92 | $2,638.37 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.25 | $2,634.12 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.25 | $2,629.87 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.10 | $2,625.77 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.10 | $2,621.67 |

**SUBTOTALS** ($5,300.00) $101.42

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01440 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5765 | | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/15/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/29/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.23 | $2,617.44 |
| 11/05/2016 | 5004 | Lois West, Popowcer Katten, LTD | Final Account Number: ; Claim #: ; Dividend: 40.04; Amount Allowed: 1,402.05; Notes: ; Account Number: ; Distribution Dividend: {$v | 3410-000 | | $1,048.11 | $1,569.33 |
| 11/05/2016 | 5005 | Bruce de 'Medici | Final Account Number: ; Claim #: ; Dividend: 39.98; Amount Allowed: 1,400.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 3210-000 | | $1,046.59 | $522.74 |
| 11/05/2016 | 5006 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $522.74 | $0.00 |
| | | | **TOTALS:** | | $2,797.09 | $2,797.09 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,797.09 | $2,797.09 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $2,797.09 | $2,797.09 | |

| For the period of 1/15/2013 to 4/29/2017 | | For the entire history of the account between 02/28/2013 to 4/29/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,797.09 | Total Compensable Receipts: | $2,797.09 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,797.09 | Total Comp/Non Comp Receipts: | $2,797.09 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,797.09 | Total Compensable Disbursements: | $2,797.09 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,797.09 | Total Comp/Non Comp Disbursements: | $2,797.09 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5     Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01440 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | COMPREHENSIVE INTEGRATED MEDICINE M.D. S.C. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5765 | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/15/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/29/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $2,797.09 | $2,797.09 | $0.00 |

**For the period of 1/15/2013 to 4/29/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,797.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,797.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,797.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,797.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/15/2013 to 4/29/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,797.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,797.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,797.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,797.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.